1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3  VIRGINIA T. TOMOVA
   Assistant United States Attorney
4  Nevada Bar Number 12504
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Virginia.Tomova@usdoj.gov
   *Attorneys for Federal Defendants*
7

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

| Aharon R. Guy and Bree Watson, | Case No. 2:22-cv-01896-JCM-DJA |
|---|---|
| Plaintiffs, | **Stipulation and Order** |
| v. | **(Second Request)** |
| Merrick GARLAND, Attorney General of the United States of America; Alejandro MAYORKAS, Secretary of Department of Homeland Security; Ur M. JADDOU, Director U.S. Citizenship and Immigration Services; Clyde MOORE, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services; | |
| Defendants. | |

Plaintiffs Aharon R. Guy and Bree Watson, and United States of America, on behalf of Federal Defendants Merrick Garland, Attorney General of the United States of America, Alejandro Mayorkas, Secretary of Department of Homeland Security, Ur Jaddou, Director of U.S. Citizenship and Immigration Services, Clyde Moore, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiff filed their Complaint on November 9, 2022.

Plaintiff served the United States with a copy of the Summons and Complaint via Certified Mail on March 28, 2023.

The current deadline for the United States to respond to the Plaintiff's Complaint is on July 31, 2023.

Plaintiff and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from July 31, 2023, to September 29, 2023, for Federal Defendants to file a response to the Complaint, ECF No. 1. This is the second request for an extension of time.

Defendant's counsel was informed by the Agency that it received Plaintiffs' response to the Notice of Intent to Deny and it would need this additional time to evaluate it and adjudicate their application.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to September 29, 2023.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 17th day of July 2023.

| LAW OFFICES OF PETER L. ASHMAN | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Peter L. Ashman*<br>PETER L. ASHMAN, ESQ.<br>Nevada Bar No. 2285<br>617 S. 8th Street, Suite B<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** July 18, 2023